UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**JOHN BOYD BAHAM #586590**       **CASE NO. 2:24-CV-00185 SEC P**

**VERSUS**                         **JUDGE JAMES D. CAIN, JR.**

**CALCASIEU CORRECTIONAL CENTER ET AL**   **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

Having considered the Report and Recommendation [doc. 8] of the Magistrate Judge, with no objections thereto having been filed, and finding that same is supported by the law and the record in this matter, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that all claims against the following defendants be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief can be granted under 28 U.S.C. § 1915(e)(2)(B): Calcasieu Correctional Center (CCC), River Bend Detention Center (RBDC), CCC Warden (Nugent), Stitch Guillory, Sheriff's Office East Carroll Parish, Sheriff's Office East Baton Rouge Parish, and Sheriff's Office Calcasieu Parish. **IT IS FURTHER ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's claims of failure to protect and his claims brought on behalf of other prisoners be **DISMISSED WITH PREJUDICE** on the same basis. Likewise, the Request [doc. 7] to assert such claims filed by another inmate in this matter is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 26th day of August, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**